NO FEE DUE
GOV'T CODE § 6103

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: akcatty@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, SR., et al., | CASE NO. 13-CV-01785-JGB (SPx) |
| Plaintiffs, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COUNTY OF RIVERSIDE, et al., | Judge: Hon. Jesus G. Bernal |
| Defendants. | |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The entire action is dismissed with prejudice.

2. All parties and counsel waive the recovery of any costs or attorneys' fees incurred in this action, including but not limited to claims arising under 42 USC Sec. 1988.

///

///

///

///

4812-7921-8720.1

1     **IT IS SO ORDERED, ADJUDGED AND DECREED.**

2

3    DATED: December 3, 2014

4

5    _____

6    Hon. Jesus G. Bernal,
     United States District Judge

7